■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS LEWIS, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered May 3, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.